E-FILED: **6/2/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ralphs Grocery Co.* | CASE NO. CV 09-8514-GHK (DTBx) |
| **Plaintiff,** | |
| v. | **JUDGMENT AND PERMANENT INJUNCTION** |
| *Milad Farrou, et al.* | |
| **Defendants.** | |

Based upon our June 2, 2010 Order granting Plaintiff Ralphs Grocery Co., dba Food 4 Less's ("Plaintiff") Application for entry of default judgment and permanent injunction against Defendants Milad Farrouh and Groceries For Less (collectively, "Defendants"),

IT IS HEREBY **ADJUDGED** THAT:

1) Plaintiff **SHALL** have judgment against Defendants jointly and severally in the total sum of $42,404.00, with interest on this principal amount according to the statutory rate pursuant to 28 U.S.C. § 1961(a).

2) The principal sum of $42,404.00 consists of reasonable attorneys' fees under 15 U.S.C. § 1117(a).

3) Plaintiff is the owner of all rights in and to the service mark FOOD 4 LESS which

is the subject of the registration contained in Exhibit A, attached to the Complaint. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Using FOOD 4 LESS or any other name or mark that is confusingly similar to FOOD 4 LESS as, or as part of, any trademark, service mark, brand name, trade name, or other business or commercial designation, in connection with the sale, offering for sale, distribution, advertising, or promotion of any retail grocery service;

    b) Unfairly competing with Plaintiff, diluting the distinctiveness of Plaintiff's FOOD 4 LESS mark and otherwise injuring Plaintiff's business reputation.

4) Pursuant to 15 U.S.C. § 1118, Defendants are directed to deliver up to Plaintiff for destruction or other disposition all signs, advertising materials, forms, labels, prints, packages, wrappers, receptacles, merchandise, and all other materials in possession of or under the control of Defendants bearing any designation whose use is enjoined herein, and all plates, molds, matrices, and other means of making the same.

5) Plaintiff **SHALL** serve this Judgment on Defendants prior to its execution.

6) The Court **SHALL** retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

**IT IS SO ORDERED**.

DATED: June 2, 2010

_____
GEORGE H. KING
United States District Judge